IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JESUS ORDONEZ QUEZADA,**

    Plaintiff,

-vs-                              No. CIV 12-1204  MCA/WDS

**SOCIAL SECURITY ADMINISTRATION,**

    Defendant.

### ORDER DIRECTING SERVICE

**THIS MATTER** is before the Court on Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915(a). Having granted Plaintiff's application,

**IT IS THEREFORE ORDERED** that the United States Marshal shall serve a copy of the summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel.

_____
**W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**